In re: Vincent Joseph Orlando applying for writ of mandamus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

234 So.2d 192

**STATE of Louisiana ex rel. Alonzo RAINEY**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50555.**

May 5, 1970.

In re: Alonzo Rainey applying for writ of habeas corpus.

Application denied. The showing made does not warrant either the exercise of our original or supervisory jurisdiction.

234 So.2d 192

**STATE of Louisiana ex rel. R. B. LOVE**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50554.**

May 5, 1970.

234 So.2d 193

**PARISH OF JEFFERSON**

**v.**

**The LOUISIANA STADIUM and Exposition District, Etc. et al.**

**No. 50556.**

May 5, 1970.

In re: Parish of Jefferson applying for writs of certiorari and mandamus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.